GEORGE H. JACKSON, Appellant, *v.* THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Respondent.

(Submitted March 31, 1932; decided April 26, 1932.)

*Nathan D. Shapiro* and *Leon J. Shapiro* for appellant. *Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.